*Milton Bass*, and *Fain vs. McConnell*, 52 *Georgia Reports*, 13. On the authority of those cases the judgment of the court below is affirmed.

McCAY, Judge.

---

THOMAS F. FREEMAN *et al.*, administrators, plaintiffs in error, *vs.* JIMPSEY THOMPSON, defendant in error.

PERRY & DENTON, plaintiffs in error, *vs.* SAMUEL WALKER, defendant in error.

JULIA F. WILLIAMS, administratrix, plaintiff in error, *vs.* JAMES P. LOFTIS, trustee, defendant in error.

PRINCE HINES, plaintiff in error, *vs.* THE STATE OF GEORGIA, defendant in error.

WILCOX, GIBBS & COMPANY, plaintiffs in error, *vs.* R. H. JACKSON *et al.*, defendants in error.

WYCHE S. JACKSON, administrator, plaintiff in error, *vs.* JOHN M. JOHNSON *et al.*, defendants in error.

CALEB KING, executor, plaintiff in error, *vs.* JOHN M. KING *et al.*, defendants in error.

LEWIS B. HEADRICK, plaintiff in error, *vs.* ROBERT C. WORD, defendant in error.

HIRAM AWTRY, executor, plaintiff in error, *vs.* THOMAS J. ATKINSON, defendant in error.

This case turns wholly on the evidence, and comes within the rule so often announced, that when the evidence is conflicting, and the judge of the superior court has refused a new trial, this court will not reverse his judgment.